UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Hardeway | Case No. 6:18-cv-01620 |
| Versus | Judge Robert R. Summerhays |
| Javonie Colonagosta et al | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein [Rec. Doc. 32], noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss filed by Defendant, James P. Doherty, Jr [Rec. Doc. 12], be **GRANTED,** and Plaintiff Joshua Francis Hardeway's claim against him be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 9th day of September, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE